160 A.3d 764

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ronald Charles BACHNER, Petitioner**

**No. 280 WAL 2016**

Supreme Court of Pennsylvania.

October 26, 2016

## ORDER

PER CURIAM

**AND NOW**, this 26th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.